Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

Jacksonville Division

FILED
2/5/2024
CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

)
)

James T. Murzike #L07713
)
)
)

Case No. 3:24-cv-136-HES-PDB

*(to be filled in by the Clerk's Office)*

Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

-v-

)
)
)
)
)
)
)
)
)
)
)
)
)

Legal Mail
Provided to Florida State Prison on
1/31/24 for mailing by _____

Defendant(s)
*(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name    James F. Murzike

All other names by which
you have been known:    N/A

ID Number    L07713

Current Institution    Florida State Prison

Address    P.O. Box 800

|  Raiford | Fla. | 32083 |
| City | State | Zip Code |

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

Name    McKinney, B. W/m

Job or Title *(if known)*    Cpt.

Shield Number    McK=B

Employer    Florida State Prison

Address    P.O. Box 800

| Raiford | Fla. | 32083 |
| City | State | Zip Code |

☒ Individual capacity    ☐ Official capacity

Defendant No. 2

Name    Burnett, W/m

Job or Title *(if known)*    Lt.

Shield Number    N/A

Employer    Florida State Prison

Address    P.O. Box 800

| Raiford | Fla. | 32083 |
| City | State | Zip Code |

☒ Individual capacity    ☐ Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

**Defendant No. 3**

    Name          *Secules, w/m*

    Job or Title *(if known)*    *Co.*

    Shield Number      *N/A*

    Employer       *Florida State prison*

    Address        *P.O. Box 800*

           *Raiford*      *Fla.*      *32083*

           City         State        Zip Code

    ☒ Individual capacity   ☐ Official capacity

**Defendant No. 4**

    Name          *Duncan, B. w/m*

    Job or Title *(if known)*    *Sgt.*

    Shield Number      *(N/A)*

    Employer       *Florida State prison*

    Address        *P.O. Box 800*

           *Raiford*      *Fla.*      *32083*

           City         State        Zip Code

    ☒ Individual capacity   ☐ Official capacity

**II.**   **Basis for Jurisdiction**      *Defendants cont. pages (3)A-B*

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

    A.     Are you bringing suit against *(check all that apply)*:

        ☐ Federal officials (a *Bivens* claim)

        ☒ State or local officials (a § 1983 claim)

    B.     Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

         *1st 6th 8th 14th Amend, Cons, Cons.*

    C.     Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

         *1st, 6th 8th 14th Amend, Cons, Cons.*

Continuation Pages (3-A)
Defendants

(5) Defendants name: HOUSEACR, WM
   Official position: C.O.
   Employed at: FLORIDA STATE PRISON
   mailing address: P.O. Box 800
                    Raiford, Fla. 32083    ■ Sued In Individual Capacity

(6) Defendants name: PITTMAN, C. WM
   Official position: Sgt.
   Employed at: Florida State Prison
   mailing address: P.O. Box 800
                    Raiford, Fla. 32083    ■ Sued In Individual Capacity

(7) Defendants name: CARLSON, WM
   Official position: Sgt.
   Employed at: Florida State Prison
   mailing address: P.O. Box 800
                    Raiford, Fla. 32083    ■ Sued In Individual Capacity

(8) Defendants name: JOHNSON, WM
   Official position: C.O.
   Employed at: Florida State Prison
   mailing address: P.O. Box 800
                    Raiford, Fla. 32088    ■ Sued In Individual Capacity

(9) Defendant Name: AIKIN, J.K.
   Official position: Lt.
   Employed at: Florida State Prison
   mailing address: P.O. Box 800
                    Raiford, Fla. 32083    ■ Sued In Individual Capacity

Defendants
Continuation page (3-B)

(10) DEFENDANT NAMES: PROPES, Timothy B.
OFFICIAL POSITION: CLASSIFICATION OFFICER
Employed at: Florida State prison
mailing address: P.O. Box 800
Raiford, Fla. 32083      ■ Sued In Individual Capacity

(11) DEFENDANT NAME: MOSS, HEATHER L.
OFFICIAL POSITION: Classification Officer
Employed at: Florida State prison
mailing address: P.o. Box 800
Raiford, Fla 32083      ■ Sued In Individual capacity

(12) DEFENDANT NAME: BROOKER, M.
OFFICIAL POSITION: NURSE
Employed at: Florida State prison
mailing address: P.o. Box 800
Raiford, Fla. 32083      ■ Sued In Individual capacity

(13) DEFENDANT NAME: _____
OFFICIAL POSITION: _____
Employed at: _____
mailing address: P.o. Box _____
Raiford, Fla 32083      ■ Sued In Individual capacity

(14) DEFENDANT NAME: _____
OFFICIAL POSITION: _____
Employed at: _____
mailing address: P.o. Box _____
Raiford, Fla. 32083      ■ Sued In Individual capacity

13

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

SEE → STATEMENT OF CLAIMS pg's (4)(A-E)

## III.    Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [ ] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [x] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)* _____

## IV.    Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    If the events giving rise to your claim arose outside an institution, describe where and when they arose.

≠ Inside Institution (F.S.P)

B.    If the events giving rise to your claim arose in an institution, describe where and when they arose.

C-dorm cell C-1202s 2nd floor on 8-30-23 approx. 11:00am. Thru 8:40pm. at (F.S.P).

Statement of Claim! cont... 4 of 4

(1) DEFENDANT LT. BURNETT; ACTION IN USING EXCESSIVE CHEMICAL AGENTS UPON & AGAINST PLAINTIFF MURZIKE, GRABING PLAINTIFF PENIS AND SPRAYING PLAINTIFF WITHOUT ANY JUSTIFICATION WAS DONE WITH A MALICIOUSLY & SADTICALLY INTENT TO CAUSE GREAT BODILY HARM WHEN PLAINTIFF WAS NOT CREATING ANY DISTURBANCE TO INJURY PLAINTIFF IN VIOLATION OF PLAINTIFF 1ST & 8TH U.S. CONST.

(2) DEFENDANT LT. BURNETT; ACTION IN USING UNJUSTIFY EXCESSIVE CHEMICAL AGENTS BY SPRAYING PLAINTIFF MURZIKE, WITH WHOLE CANS OF GAS CONSTITUTE THE TORT OF ASSAULT & BATTERY IN VIOLATION OF 944.35 F.S. & 775.083 1.F.S. AS HE ACT IN BAD FAITH GROSS NEGLIGENCE IN VIOLATION 768.28 F.S.

(3) DEFENDANT CPT. MCKINNEY, ACTION IN CONSPIRING TO COVER THE CONSTITUTION VIOLATION BY KNOWINGLY FALSIFYING DOR (61) VIOLATED PLAINTIFF MURZIKE, 1ST & 8TH U.S. CONSTITUTION

(4) DEFENDANT CPT. MCKINNEY, ACTIONS IN USING UNJUSTIFY EXCESSIVE PHYSICAL FORCE BY REPEATEDLY SLAMMING PLAINTIFF MURZIKE, HAND, FOOT, ETC. INTO THE CELL DOOR WHILE PLAINTIFF MURZIKE, BEING SPRAYED WITH CHEMICAL AGENTS CONSTITUTE THE TORT OF ASSAULT & BATTERY IN VIOLATION OF 944.35 F.S. & 775.083.1. F.S. AS HE ACT IN BAD FAITH GROSS NEGLIGENCE IN VIOLATION 768.28 F.S.

(5) DEFENDANT LT. BURNETT, W/M ACTIONS IN USING UNJUSTIFY EXCESSIVE PHYSICAL FORCE BY GRABING PLAINTIFF MURZIKE, PENIS ETC. & SPRAYING PLAINTIFF MURZIKE, CONSTITUTE THE TORT OF ASSAULT & BATTERY & SEXUAL ASSAULT IN VIOLATION OF 944.35 F.S. & 775.083.1. F.S. AS HE ACT IN BAD FAITH GROSS NEGLIGENCE IN VIOLATION 768.28 F.S.

System In of claim 1 cont: 4 OF 8

( 6 ) DEFENDANT Sgt. DUNCAN, ACTIONS IN USING UNJUSTIFY EXCESSIVE FORCE WITH DEADLY WEAPON BY PLACING THE HANDCUFF RESTRAINTS ON PLAINTIFF MURZIKE, WRIST SKIN TIGHT & TWISTING PLAINTIFF ARM CUTTING PLAINTIFF MURZIKE, WRIST OPEN & CIRCULATION OFF IN WRIST CONSTITUTE THE TORT OF ASSAULT & BATTERY IN VIOLATION OF 944.35 F.S. & 775.083.1. F.S. AS HE ACT IN BAD FAITH GROSS NEGLIGENCE IN VIOLATION 768.28 F.S.

( 7 ) DEFENDANT CPT. McKINNEY, ACTION KNOWINGLY FALSIFYING OFFICIAL DOCUMENTS SUBJECTED PLAINTIFF MURZIKE, TO UNJUSTIFIED PROPERTY RESTRICTION CAUSING PLAINTIFF MURZIKE, TO SLEEP ON STEEL WITH CHEMICAL AGENTS & NOTHING TO KEEP WARM IN FREEZING COLD CELL DUE TO RETALIATION IN VIOLATION OF PLAINTIFF MURZIKE, 1ST 8TH U.S. CONSTITUTION.

( 8 ) DEFENDANT CPT. McKINNEY, ACTION IN KNOWINGLY FALSIFYING OFFICIAL DOCUMENTS CONSTITUTES, A TORT 3rd DEGREE FELONY IN VIOLATION OF F.S. 838.022 (2)(a)(b)(3); TO SUBJECT PLAINTIFF MURZIKE, TO UNJUSTIFIED STRIP IN VIOLATION OF PLAINTIFF 8TH U.S. CONSTITUTION.

( 9 ) DEFENDANT Sgt. DUNCAN, CO. SECULES, CO. HOUSNER, KNOWINGLY CONSPIRING WITH CPT. McKINNEY BY PLACING PLAINTIFF MURZIKE ON STRIP WITHOUT ANY JUSTIFICATION IN VIOLATION OF PLAINTIFF MURZIKE, 8TH CONST. BY "FAILING TO INTERVENE" THE UNJUSTIFIED ACT IN VIOLATION OF 42 U.S.C. 1853 (3) BY CO SIGNING SUCH FALSED REPORT.

( 10 ) DEFENDANT CO. HOUSNER, CO. SECULES, Sgt. DUNCAN, B. KNOWINGLY COSIGN SUCH FALSE REPORT BY LT. BURNETTE CPT. McKINNEY, TO SUBJECT PLAINTIFF MURZIKE, TO PROPERTY RESTRICTION WITHOUT ANY JUSTIFICATION DUE TO RETALIATION BY CONSPIRING WITH HIS LOWER OFFICIALS IN VIOLATION 42 USC 1853 (3) & IN VIOLATION OF PLAINTIFF 1ST & 8TH U.S. CONST.

54

( 11 ) DEFENDANT NURSE BROOKER, KNOWINGLY COSIGN SUCH FALSE REPORT BY CPT. MCKINNEY, ON AUGUST 30th 2023; IN VIOLATION 838.022(3) F.S. TO SUBJECT PLAINTIFF TO EXCESSIVE C.M. CONFINUATION, DIC TIME & ILLEGAL PROPERTY RESTRICTION WITHOUT JUSTIFICATION DUE TO RETALIATION IN VIOLATION OF PLAINTIFF MURZINE, 1ST & 8TH U.S. CONST. BY CONSPIRING WITH CPT. MCKINNEY IN VIOLATION 42 USC 1853(3).

( 12 ) DEFENDANT CO. SECULES, KNOWINGLY COSIGN SUCH FALSE REPORT BY CPT. MCKINNEY, ON AUGUST 30th 2023; CONSPIRING WITH LT. BURNETTE, SGT. DUCUN, B. CO. HOUSDER, TO SUBJECT PLAINTIFF MURZINE TO ILLEGAL PROPERTY RESTRICTION IN VIOLATION OF PLAINTIFF MURZINE, 1ST & 8TH U.S. CONST. & 42 USC 1853(3)

( 13 ) DEFENDANT CO. SECULES, CO. HAUSDER, NURSE BROOKER, IN. KNOWINGLY FAIL TO INTERVENE THE UNJUSTIFIED PROPERTY RESTRICTION ON AUGUST 30th 2023; WHEN THEY WAS IN A POSITION TO DO SO KNOWING! CPT. MCKINNEY, FALSIFIED SUCH REPORT TO SUBJECT PLAINTIFF TO INHUMANE CONDITION DUE TO RETALIATION IN VIOLATION OF PLAINTIFF 1ST & 8TH U.S. CONST.

( 14 ) DEFENDANT SGT. PITTMAN, C. ACTION IN CONSPIRING TO SUBJECT PLAINTIFF MURZIKE TO EXCESSIVE C.M. CONFINUATION, DIC TIME, LOSS VISITATION BY DENIED PLAINTIFF MURZIKE, IMPARTIAL INVESTIGATION ON AUG. 31st 2023; DUE TO RETALIATION IN TOTAL VIOLATION OF PLAINTIFF 1ST & 8TH U.S. CONST. & 42 USC 1853(3) & F.A.C 33. 601.305(11)(6-9312) DUE PROCESS RIGHTS.

STATEMENT OF CLAIM: CONT. # OF D

(15) DEFENDANT Lt. AIKIN, & CLASS HEATHER, ACTION IN CONSPIRING WITH Sgt. CARLSON, & CO. JOHNSON, FALSIFIED D.R. HEARING REFUSAL ALLEGE I REFUSE D.R. HEARING ON SEPT. 6TH 2023, TO SUBJECT PLAINTIFF MURZIKE, TO EXCESSIVE O/C TIME & CONFINEMENT, LOSS VISITS IN RETALIATION IN TOTAL VIOLATION OF PLAINTIFF 1ST, 8TH U.S. CONST. & 42 USC 1853(3).

(16) DEFENDANT Lt. AIKIN, & CLASS. HEATHER, ACTION IN KNOWINGLY FALSIFYING PLAINTIFF MURZIKE, D.R. HEARING WERK SHEET BY WAY OF STATING PLAINTIFF MURZIKE, REFUSED TO ATTEND HEARING KNOWING PLAINTIFF MURZIKE, WAS TRANSFERED TO ANOTHER FACILITY THIS ACT TOTAL VIOLATED PLAINTIFF 1ST, 8TH, 6TH, & 14TH U.S. CONST. & 42 USC 1853(3)

(17) DEFENDANT Sgt. CARLSON & CO. JOHNSON, ACTION IN KNOWINGLY FALSIFIED PLAINTIFF MURZIKE, D.R. HEARING REFUSAL FORM ALLEGE THAT PLAINTIFF MURZIKE, REFUSED & KNOWING THE PLAINTIFF WAS AT ANOTHER FACILITY & NEVER REFUSED TO ATTEND D.R. HEARING. THIS ACT TOTAL VIOLATED PLAINTIFF MURZIKE 1ST, 6TH, 8TH, 14TH U.S. CONST. & 42 USC 1853(3).

(18) DEFENDANT Lt. AIKIN, & CLASS. HEATHER, ACTION IN KNOWINGLY FALSIFIED OFFICIAL DOCUMENTS CONSTITUTES A TORT 3RD DEGREE FELONY IN VIOLATION OF F.S. 838.022(2)(A)(3)(3), TO SUBJECT PLAINTIFF MURZIKE, TO UNJUSTIFIED D/C & LOSS VISIT ETC. IN VIOLATION OF PLAINTIFF 8TH U.S. CONST.

55

Statement of claim: cant. 4 of 5

(19) Defendant Propes, T. Knowingly cosign such false report by Cpt McKinney, on 8-30-23. Conspiring with Class. Heather, failing to overturn falsified DR. To subject plaintiff to excessive D/C time & elim. continuation in retaliation to violation of plaintiff 1st & 8th U.S. const, & 42 USC 1983(3)

(20) Defendants Cpt. McKinney, Lt. Burnett, Sgt Duncan, D. Co. Houseath, Co. Secules, Nurse Brooker, W/F act with deliberate indifference & fail to allow me to recieve medical care & treatment for plaintiff serious medical needs & injuries sustain from the use of force violating plaintiff 8th Amend. U.S. const.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C.    What date and approximate time did the events giving rise to your claim(s) occur?

Aug. 30th 2023 at 1:00pm — 3:40pm

D.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)* See → STATEMENT OF FACTS CONTINUATION PAGES (5) (A—E)

## V.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. SWOLLEN ANKLES, CUTS & BRUSIN. Blood clawts in legs toe, Shoulder pain, swollen in wrist cuts & 2nd & 3rd degace wounds on Bady Brace foot, Blurric Vision In eye's, [illegible] laceration, mygrain Headaces, cuts & laceration to legs upper torso, difficult urine, chronic pains in groin Area Back pain, neck pain etc

## VI.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

See → Relief Sought Pages (5) (A—H)

STATEMENT OF FACTS CONT. page 5 OF A

(1). On August 30th 2023 approx. 11:00pm-3:30am The PLAINTIFF MURZIKE, was housed in c-wing cell c-1202s sitting on his Bed Doing his legal work & filing his complaints & Grievances & was not violating any rules nor creating any Disturbance.

(2) Defendant Duncan, B. approach my cell c-1202s verbally stating to PLAINTIFF Murzike, I see you like writing Grievances & filing lawsuits against Staffs I'ma see can I get some cans of gas down here to put on that pretty lil Black ass & take that property out your cell & that pen you still got. Then departed my cell.

(3) Defendant Ducan, B, then approach my cell c-1202s again then verbally stating you spending time writing this up you'll never win that law suit. so I advise you to cease your Disruptive Behavior. then He departed my cell.

(4) Approx. 2:40pm-3:50am?, Ti mckinney approach my cell c-1202s when the PLAINTIFF was still writing Doing his legal work when He verbally state stop yelling on wing.

(5) PLAINTIFF Murzike advise cpt. mckinney I being sitting on my Bed doing my Law work & complaints I never was yelling cpt. mckinney advise Plaintiff that his officers allege than I was so if I continue He'll have to apply chemical agent & place me on smip.

(6) Approx. 3:15pm. nurse Brooner, we came on my cell infront c-1202s with meds, I advise her than this sgt. Duncan, & Callousner, saying to set me up in complaint to warden I'm being threaten for no reason to no avail nurse Brooner, & sgt. Duncan, stated we never walk alone.

(7) PLAINTIFF murzike then Began to continue Doing his legal work & complaints grievances extra sitting on His Bunk.

STATEMENT OF FACTS CONT. 5 OF 8

(8) Approx. 2:30 a.m. Defendant Co. Secules, & Co. Houseman came round on 2nd floor serving lunch Breakers, Sergeant (c.i.a.4) was unassisted nead to deal with a wipe guy, & left.

(9) Shortly after these events, Defendant Cpt. McKinney Returned to plaintiff Murzike, cell E-1202, accompanied by Defendant Lt. Burnett, Defendant Co. Secules, then stating to plaintiff "Chemical agents will be administered for creating disturbance on wing.

(10) Plaintiff Murzike, then put his pen down & legal work & walk to his cell door to explain to Cpt. McKinney that I'm doing legal work & never was creating any disturbance this is retaliation.

(11) Without warning, Defendant Cpt. McKinney, order Co. Houseman to pop my cell door E-1202 while Lt. Burnett, spray plaintiff Murzike with more then Three (3) second one Burst "maliciously & sadistically" into plaintiff Murzike, cell nose, mouth, face eyes even then while punching plaintiff into the ground & pulling plaintiff penis & testicals, while Sgt. Duncan, also struck plaintiff

(12) Defendant Cpt. McKinney then repeatedly slammed plaintiff Murzike, hand, foot, shoulder into cell door while plaintiff Murzike being sprayed with chemical agents

(13) Defendant Sgt. Duncan, then placed handcuffs on plaintiff Murzike skin tight cutting plaintiff circulation off in the hand & cutting plaintiff waist with metal anklet twisting plaintiff arm ...

(14) Defendants Co. Houseman Co. Secules, Sgt. Duncan, fail to intervene to prevent sexual abuse, repeatedly slamming plaintiff into cell door while being sprayed.

STATEMENT OF FACTS CONT. 2 OF 5.

(15) During this chemical agents use of force & sexual assault, & physical assault plaintiff mvzike, left ankle was swollen, bleeding, blood claws in toe, pain in groin, cuts & bruises on wrist, arm cut bleeding swelling in hand, shoulder pain, laceration to body face, scalp, body from 2nd & 3rd degree burn & numerous bruises & abrasions to arm, legs torso, head. I remained in cell untreated, & placed in illegal property restriction with nothing to keep warm.

(16) During this event c.o.security, remained holding handheld camera & fail to intervene laughing at plaintiff mvzike entire time.

(17) During this event the plaintiff mvzike, did not create disturbance or break any prison rules in any fashion. Ongoing retaliation

(18) After the above described chemical agents & assault plaintiff mvzike, had put in numerous of sick-calls to medical to be triaged for his injuries & for treatment for his exposure to chemical agents to no avail. Ongoing retaliation

(19) medical nurses fail to examine plaintiff & provide any medical care or treatment for his serious medical needs. nurse Brothers, w/f etc fail to document injuries & provide treatment.

(20) plaintiff mvzike, was serve a disciplinary report by sgt.pittman, on august 31st 2023 at 10:00pm. while I was ASILEO deprive my important investigation, violate my due process rights under ch.33-601.305 (4F) (9)(13), them did under cell door then leave. Fail to investigate and allow plaintiff to call witness, evidence, cameras, etc.

(21) plaintiff mvzike then file informal grievance against sgt. pittman, c. violation of my due process to fair impartial investigation. ongoing retaliation

STATEMENT OF FACTS CONT. PAGE 5 OF D

(22) on Sept. 6th 2023 Approx. 4:00am. THRU 5:00am. THE PLAINTIFF murzike, was working up by co. Johnson, w/m & sgt. carlson, to be transfered to LAKE BUTLER C.I. (R.M.C) FOR medical out patient TREATMENT & CARE.

(23) on Sept 6th 2023 Approx. 5:00am - 5:30am. sgt. COX, w/m transporting sgt. Enter c-wing & took plaintiff murzike, up front to be placed on TRANSPORTING VAN & Taking to (R.m.c) FOR medical CARE by sgt. cox, w/m & co. WHEELER, w/m.

(24) Plaintiff murzike, was Then seen by (R.m.c) medical doctors for outside medical dental care & Brought Back To FLORIDA STATE STATE (F.S.P) on sept. 6th 2023 Approx. 2:30pm. THRU 3:00pm. LATER THAT AFTERNOON.

(25) Upon plaintiff murzike, Being housed on c-1202s 2nd Floor several days later I recieved A finding guilty sheet for D.R. Log # 205-232084 (6-1) stating I am murzike, was found guilty on Sept 6th 2023 Approx. 7:17am by Team chairman; J.M. coy. moss, Heather L. & Team member; Aikin, T.K. & Stating That I am murzike, Refused To Appear At Disciplary Hearing.

(26) Classification Heather, & Lt. Aikin, provided Falsified information on plaintiff murzike, Disciplary Hearing finding sheet and Retaliation, Violating CH. 33-208.002 (11)(14) policy & F.S. # 36.082 (3) section; By At THIS Facility To Be present For Any Hearing plaintiff murzike was At LAKE Butler (R.m.c) deprived my Right to Hearing & was never Portraying found guilty of This D.R. To use to continue me on C.m.1 & Receiving D.R. Time, They know I wasn't Here At This prison so Be present For my Hearing & found me guilty on Retaliation Because I Been Filing grievance Against The officials misconduct, Violating my 1st, 6th, & 14th Amend. Rights u.s. const. To Be present At D.R. courts.

STATEMENT OF FACTS CONT. page 15 OF 6

(27) ON SEPT. 10th 2023 PLAINTIFF MURILLO, TIMELY APPEALED D.R. LOG # 205-232084 TO WARDEN ON TWELVE (12) GROUNDS ETC. & SHOWING THAT THE D.R. TEAM VIOLATED PLAINTIFF MURILLO DUE PROCESS RIGHTS & FOUND ME GUILTY IN RETALIATION WHILE I WAS AT ANOTHER FACILITY & FAIL TO POST PONE HEARING TIL I CAME BACK VIOLATED MY 6th & 14th AMEND. RIGHT TO BE PRESENT. VIOLATING CH.33-601.307 & CH.33-208 er 2(11)(14) Policy

(28) ON SEPT. 14th 2023 THE WARDEN & T. PROPES, S.C.O DENIED APPEAL IN FORMAL GRIEVANCE # 2309-205-046. INTENTIONALLY SUBJECT PLAINTIFF TO EXCESSIVE D/C TIME & C.M. CONTINUANCE.

(29) ON SEPT. 11th 2023 PLAINTIFF MURILLO APPEAL TO SECRETARY, F.D.O.C. FOR OVERTURN OF D.R.

(30) ON SEPT. 12th 2023 C. NEEL DENIED APPEAL SEE → FORMAL GRIEVANCE LOG # 23-6-30644.

( 1 ) DEFENDANT SGT. CARLSON, Co. JOHNSON, ARE SUED $250,000 FOR KNOWINGLY FALSIFYING DOCUMENTS DC6-112D D.R. HEARING REFUSUAL ALLEGED PLAINTIFF MURZIKE, REFUSED TO ATTEND HEARING KNOWING PLAINTIFF MURZIKE, WAS TRANSFERED TO ANOTHER FACILITY ON 9-6-23 VIOLATION OF 838.002 (2)(X)(B)(C)(3) F.S. & F.A.C. CH.33-208.002 (12)(19) IN RETALIATION IN VIOLATION OF PLAINTIFF MURZIKE, 1ST, 8TH, 6TH, 14TH AMEND. U.S. CONST. ARE SUED IN THEIR INDIVIDUAL CAPACITY UNDER COLOR OF STATE LAW.

( 2 ) DEFENDANT SGT. PITTMAN, C. ARE SUED $150,000 FOR KNOWINGLY FALSIFYING DOCUMENTS IN DURING D.R. INVESTIGATION ON 8-31-23 AND DENYING PLAINTIFF MURZIKE, IMPARTIAL INVESTIGATION BY WAY OF DOCUMENTING I REFUSED TO PARTICIPATE TO REFUSE PLAINTIFF CAMERA EVIDENCE & WITNESSES ETC~ ET~ IN VIOLATION OF PLAINTIFF MURZIKE, 1ST 5TH 8TH 14TH U.S. CONST. DUE TO RETALIATION ARE SUED IN HIS INDIVIDUAL CAPACITY UNDER COLOR OF STATE LAW.

( 3 ) DEFENDANT SGT. DUNCAN, B. ARE BEING SUED $250,000 FOR USING UNJUSTIFY EXCESSIVE PHYSICAL FORCE BY PUTTING HANDCUFFS ON THE PLAINTIFF SKIN TIGHT CUTTING OPEN PLAINTIFF MURZIKE, WRIST ETC~ & TWISTING PLAINTIFF ARM VIOLATED PLAINTIFF MURZIKE, 1ST 8TH U.S. CONSTITUTION & F.A.C. CH.33-602.210 POLICY ARE SUED IN HIS INDIVIDUAL CAPACITY UNDER COLOR OF STATE LAW.

( 4 ) DEFENDANT Lt BURNETT, WM ARE SUED $250,000 FOR PLAINTIFF PHYSICAL & EMOTIONAL INJURIES PLAINTIFF MURZIKE, SUSTAINED FROM SLEEPING ON STEEL BUNK WITH CHEMICAL AGENTS ON IT WITHOUT ANY JUSTIFICATION IN TOTAL VIOLATION OF PLAINTIFF MURZIKE, 1ST & 8TH U.S. CONST. ARE SUED IN HIS INDIVIDUAL CAPACITY UNDER COLOR OF STATE LAW.

( 5 ) DEFENDANT NURSE BROOKER, M. ARE BEING SUED $250,000 FOR KNOWINGLY CO-SIGN SUCH FALSE REPORT BY CPT MCKINNEY, ON 8-30-23 VIOLATION OF PLAINTIFF 1ST & 8TH CONST. ARE SUED IN HER INDIVIDUAL CAPACITY UNDER COLOR OF STATE LAW.

J-6

Relief sought cont. 5 of 8

( 6 ) Defendant Lt. Aikin, J. & Class. Heather, Are being sued $600,000 For knowingly conspiring with Cpt. Mckinney, Falsified D.R. Reports In Retaliation To Subject plaintiff murzike, To excessive D/c Time loss of privileges & visitation etc. In violation of plaintiff 1st, 5th, 8th, U.S. Const & 42 USC 1853(3) Are sued In Their individual capacity under color of State law.

( 7 ) Defendant Cpt Mckinney, Are sued $500,000 For conspiring with Co. Secules, Sgt. Duncan, Lt. Burnett on August 30th 2023; due to Retaliation In violation of plaintiff murzike, 1st & 8th U.S. Const. And 42 USC 1853(3) By placing plaintiff on strip After plaintiff was sexual assault Add gas Forcing plaintiff murzike, To sleep on steel bunk without no mattress bed roll etc. over (10) days Subjecting plaintiff murzike, To low back pain, neck pain, 2nd & 3rd degree burns shoulder injuries and mental traumates are sued In His individual capacity under color of state law.

( 8 ) Defendant Lt. Aikin, & Class. Heather Are sued $450,000 For knowingly conspiring with Sgt. Carlson, & Co. Johnson, Falsified D.R. Hearing Refusual stating plaintiff murzike, Refuse To Attend D.R. Hearing To Subject plaintiff murzike, To excessive D/c time etc. etc. which violation of plaintiff 1st, 5th, 6th, 8th, & 14th U.S. Const. & F.A.C 33-601.301-314, & FIA.C 33-208.002 (12)(19) policy. Are sued In Their individual capacity under color of state law

( 9 ) Defendant Lt. Aikin, & Class Heather, Are sued $350,000 For Knowingly Falsifying Documents In D.R. Hearing work sheet alleging plaintiff murzike, Refused To Attend Hearing knowing plaintiff was transfer to another facility on 9-6-23 Violation of 838.022 (2)(a)(B)(3) F.S. & F.A.C. CH. 33-208.002 (12)(19) In Retaliation In violation of plaintiff murzike 1st 8th 6th 14th amend. U.S. Constitution are sued In Their individual capacity under color of state law.

RELIEF SOUGHT CONT. § C § §

( 10 ) DEFENDANT CPT. MCKINNEY, ARE SUED $100,000 FOR CONSPIRING TO COVER THE CONSTITUTIONAL VIOLATION BY KNOWINGLY FALSIFYING D.R. REPORT (6-1) WHICH VIOLATED PLAINTIFF 1ST AND 8TH U.S. CONSTITUTION & F.A.C. CH. 33-208. 002 (8)(11)(19) POLICY IN HIS INDIVIDUAL CAPACITY UNDER COLOR OF STATE LAW.

( 11 ) DEFENDANT CPT. MCKINNEY, ARE SUED $250,000 FOR USING UNJUSTIFY EXCESSIVE PHYSICAL FORCE BY REPEATEDLY SLAMMING PLAINTIFF MURZIKE, HAND & FOOT INTO CELL DOOR WHILE PLAINTIFF MURZIKE, BEING SPRAYED WITH CHEMICAL AGENTS VIOLATION PLAINTIFF 1ST, 8TH U.S. CONSTITUTION & F.A.C. CH. 33-602.210 POLICY ARE SUED IN HIS INDIVIDUAL CAPACITY UNDER COLOR OF STATE LAW.

( 12 ) DEFENDANT LT. BURNETT, ARE SUED $250,000 FOR USING UNJUSTIFY EXCESSIVE PHYSICAL FORCE BY GRABING MY PENIS & SPRAYN MURZIKE, WITHOUT ANY JUSTIFICATION WAS DONE WITH A maliciously & SADTICALLY INTENT TO CAUSE GREAT BODILY HARM WHEN PLAINTIFF WAS NOT CREATING ANY DISTURBANCE TO INJURY PLAINTIFF WHEN VIOLATED PLAINTIFF 1ST, 8TH U.S. CONSTITUTION ARE SUED IN HIS INDIVIDUAL CAPACITY UNDER COLOR OF STATE LAW.

( 13 ) DEFENDANT LT. BURNETT, ARE SUED $250,000 FOR USING UNJUSTIFY EXCESSIVE CHEMICAL AGENTS BY SPRAYING PLAINTIFF MURZIKE, WITH WHOLE CAN GAS VIOLATION PLAINTIFF 1ST, 8TH U.S. CONSTITUTION & F.A.C. 33-602.210 POLICY ARE SUED IN HIS INDIVIDUAL CAPACITY UNDER COLOR OF STATE LAW.

( 14 ) DEFENDANT CPT. MCKINNEY, ARE SUED $250,000 FOR PLAINTIFF PHYSICAL & EMOTIONAL INJURIES PLAINTIFF MURZIKE, SUSTAINED FROM SLEEPING ON STEEL BUNK WITH CHEMICAL AGENT ON BED WALL ETC. WITHOUT ANY JUSTIFICATION IN TOTAL VIOLATION OF PLAINTIFF 1ST, 8TH U.S. CONSTITUTION ARE SUED IN HIS INDIVIDUAL CAPACITY UNDER COLOR OF STATE LAW.

Relief sought: same..... $ 0,5 D

(15) DEFENDANT Lt. BURNETT, NURSE BROOKER, M.
ARE BEING SUED $250,000 FOR FAILING TO INTERVENE THE
UNJUSTIFIED (288) HOURS ILLEGAL PROPERTY RESTRICTION ON
8-30-23 TIL 9-12-23; WHEN THEY WAS IN A POSITION TO DO
SO KNOWING CHANCKINNY, FALSIFIED SUCH REPORT & DOCUMENT TO
SUBJECT PLAINTIFF MURZIKE, TO A INHUMAN CONDITION DUE TO
RETALIATION IN VIOLATION OF PLAINTIFF 1ST, 8TH, U.S. CONST.
ARE SUED IN THEIR INDIVIDUAL CAPACITY UNDER COLORS OF STATE LAW.

(16) DEFENDANT C.O. HOUSEARD, SGT DUNCAN, NURSE BROOKER, M.
ARE BEING SUED $250,000 FOR FAILING TO INTERVENE THE UNJUSTIFIED
(288) HOURS ILLEGAL PROPERTY RESTRICTION AND REMOVE THE PLAINTIFF
OFF SUCH STATUS WHEN THEY WAS IN A POSITION TO DO SO KNOWING
IT WAS WAY OVER THE (72 HOURS) WITHOUT NO BED ROLL ETC. ETC.
IN VIOLATION 838.022 (2)(a)(B)(3) F.S. TO SUBJECT PLAINTIFF MURZIKE,
TO (10) days PROPERTY RESTRICTION WITHOUT ANY JUSTIFICATION due TO
RETALIATION IN VIOLATION OF PLAINTIFF 1ST, 8TH & 14TH Amend. U.S. CONST.
ARE SUED IN THEIR INDIVIDUAL CAPACITY UNDER COLOR OF STATE LAW.

(17) DEFENDANT Lt. BURNETT, C.O. HOUSEARD, NURSE BROOKER, M.
ARE SUED FOR $250,000 FOR FAILING TO INTERVENE THE UNJUSTIFIED
(288) HOURS ILLEGAL PROPERTY RESTRICTION ON 8-30-23 TIL 9-12-23,
WHEN THEY WAS IN A POSITION TO DO SO KNOWING THE D.R. FALSIFIED;
SUBJECT PLAINTIFF MURZIKE, TO A INHUMANE CONDITION DUE TO
RETALIATION IN VIOLATION OF PLAINTIFF 1ST & 8TH U.S. CONST. ARE SUED
IN THEIR INDIVIDUAL CAPACITY UNDER COLOR OF STATE LAW.

(18) DEFENDANT CLASS. PROPES, TIMOTHY B. ARE BEING
SUED FOR $350,000 FOR KNOWINGLY CONSPIRING WITH HEATHER, MO. FAILS
OVERTURN "FALSIFIED REPORT" ON 9-13-23 TO SUBJECT PLAINTIFF
MURZIKE, TO A C.M. EXCESSIVE CONTINUATION IN VIOLATION OF
PLAINTIFF 1ST & 8TH U.S. CONST. AND 42 USC 1853(3) DUE TO RETALIATION
ARE SUED IN HIS INDIVIDUAL CAPACITY UNDER COLOR OF STATE LAW

57

RELIEF SOUGHTS CONT. I OF E

( 19 ) DEFENDANT NURSE BROOKER, M. CO. HENDRER, CO. SECULES, ARE SUED $250,000 CONSPIRING WITH CPT. McKINNEY, & FAILING TO INTERVENE THE UNJUSTIFIED CHEMICAL AGENTS & SEXUAL ASSAULT WHEN THEY WERE IN A POSION TO DO SO WHICH ACT VIELATED PLAINTIFF 8TH U.S. CONSTT. & 42 U.S.C 1858 (3) ARE SUED IN THEIR INDIVIUAL CAPACITY UNDER COLER OF SOMOE LAW.

(20) DEFENDANTS CPT. McKINNEY, LT. BURNETT, C O. HENSENCE, CO. SECULES NURSE BROOKER, M. ARE SUED FOR $250,000 FAILING ALLOW ME TO RECIEVE MEDICAL CARE & TREATMENT SUSTAIN FROM THE EXCESSIVE USE OF FORCE. VIOLATING PLAINTIFF 8TH AMERD. U.S. CONST. ARE SUED IN THEIR INDIVIDUAL CAPACITY UNDER COLOR OF STATE LAW.

CONT. 3 OF F

.ALL DEFENDANTS ACTIONS & IN ACTIONS VIOLATED PLAINTIFF MURZIKE, (EQUAL PROTECTION OF LAW) IN VIOLATION OF PLAINTIFF MURZIKE, 14TH U.S. CONSTITUTION & WAS OUTSIDE THE SCOPE OF THEIR EACH EMPLOYMENT UNDER COLOR OF STATE LAW AS ALL DEFENDANTS ACT UNDER COLOR OF STATE LAW & ARE STILL EMPLOYED UNDER COLOR OF STATE LAW AS THIS COMPLAINT ARE BEEN FILED.

ALL DEFENDANTS ACTION AND IN ACTIONS CONSTITUTE THE TORT OF ASSAULT & BATTERY IN VIOLATION OF 18 U.S.C. 242(2) IN VIOLATION OF PLAINTIFF MURZIKE, 8TH U.S. CONSTITUTION AS ALL DEFENDANTS ACT " deliberately Indifference" TO secured ALL PLAINTIFF MURZIKE, RIGHTS UNDER THE 5TH 14TH & 1ST U.S. CONST. TO (EQUAL PROTECTION) OF LAW.

Relief sought: cont. 5 of 5

Issue a declaratory judgement stating that:
(1) The unjustified physical abuse upon plaintiff by defendants, violated plaintiff right under the Eight and Fourteenth Amendment to the United States Constitution & constituted an assault & battery under state law.

(2) (a) The unjustified physical abuse upon plaintiff by defendants were committed in a retaliatory attack against plaintiff for his charge & filing grievances violated plaintiff right under the Eight & First Amend. to the United States Constitution & constitutes an assault & battery under state law.

(3) That all the defendants' acted under the color of state law & that they used their individual capacity to violate plaintiffs constitutional right.

(4) Issue an instruction ordering defendants sgt. Duncan, Co. Houserer, Co. Secules, Lt. Burnett, Cpt. Mckinney,

1). Refrain from letting Jan. Cim. 3. orderly's play with my food & putting illegal psyc. medications, ointment, roll on deodorant, illegal substance into my food inner thermally poisoning me & in dangering my "life" "safety" & "health."

2) Enter an order to be transferred out this region to region III South Florida Region due to repeated violence, sexual battery, threat, & physical battery's by numerous employees here at Florida State Prison (F.S.P) & Union c.I. (U.C.I.). & S.R.C.I.

Relief sought

(5) PLAINTIFF DEMAND TRIAL BY JURY

(6) ALL DEFENDANTS ARE SUE $350,000 JOINTLY.

(7) PLAINTIFF REQUESTING THAT ALL DEFENDANTS
PAY ALL COURTS & FEES & FUND ALL MEDICAL CARE
IN THIS ACTION & COVER ALL ATTORNEY FEES.

(8) PLAINTIFF REQUESTING APPOINTMENT OF COUNSEL

(9) PLAINTIFF REQUESTING A $100,000 PUNITIVE
DAMAGES TO BE ASSESSED AGAINST EACH DEFENDANTLY
SEPARATELY AND JOINTLY IN THIS ACTION.

(10) PLAINTIFF REQUEST THAT A DECLARATORY ORDER TO
BE ISSUE DECLARING ALL DEFENDANTS VIOLATED
PLAINTIFF RIGHTS, AFTER TRAIL BY JURY.

(11) PLAINTIFF REQUEST COURT TO ORDER ALL MEDICAL
NURSES TO PROPERLY ASSEST PLAINTIFF DOCUMENT
ALL PLAINTIFF INJURIES & ENTER ORDER TO HEAD
MEDICAL DOCTOR TO FORWARD ALL MEDICAL DIAGRAM
BODY SHEETS ETC TO COURT & PROVIDE PLAINTIFF
COPY'S.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## VII.    Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures.  Your case may be dismissed if you have not exhausted your administrative remedies.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Florida State Prison (F.S.P)

B.    Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C.    Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☒ Yes

☐ No

☐ Do not know

If yes, which claim(s)?    ALL Claims Listed Pages (4) A - E)

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.    Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☒ No

E.    If you did file a grievance:

1.    Where did you file the grievance?

WARDEN & SECRETARY F.D.O.C.

2.    What did you claim in your grievance?

EXCESSIVE FORCE, SEXUAL ASSAULT, Battery, denied medical care, falsified D.R. denied due process investigation & fail to overturn D.R. Excessive chemical agents, denied hearing, unlaw property restriction

3.    What was the result, if any?

Some grievance were referal to Inspecter for review, appeal denied some investigated by S.G. office

4.    What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

I took informal grievances steps & formal grievance All the way up to warden & secretary F.D.O.C.

F.    If you did not file a grievance:

    1.    If there are any reasons why you did not file a grievance, state them here:

*I Filed grievances OFFICERS come Back RETALIATED against me. & intentionally starving me Having They Cun. 3 orderlys poison my food & verbal and meals in retaliation*

    2.    If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

*YES, I File grievance & same have been responded yes I never received claims. Been been warden for. I inform all official of my claims.*

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

*Formal grievance: Log #23-6-30124 & Log #23-6-32183 All grievance are on file log at institution level & secretary if D.O.C. which I have exhausted all administrative remedies, & other grievances not got back yet.*

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

# VIII.  Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☒ Yes

☐ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

*Don't have court orders got to alot of personal property was lost & destroyed by staffs in retaliation. Court only dismiss case without prejudice to refile on paper 1983 complaint form.*

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☒ Yes

☐ No

B.    If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.    Parties to the previous lawsuit
Plaintiff(s)    James To Murville
Defendant(s)    See a Continuation of cited cases pg. 10-A

2.    Court *(if federal court, name the district; if state court, name the county and State)*

3.    Docket or index number

4.    Name of Judge assigned to your case

5.    Approximate date of filing lawsuit

6.    Is the case still pending?

☒ Yes

☐ No

If no, give the approximate date of disposition.    See a Continuation of Cited cases Pg. (10) A

7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

C.    Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?    See a continuation of cited cases Pg. 10-A

☒ Yes

☐ No

D.    If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below.  *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.    Parties to the previous lawsuit
      Plaintiff(s)    James J. Maurice
      Defendant(s)    See 9 continuation of cited cases pg. 10-A

2.    Court *(if federal court, name the district; if state court, name the county and State)*

3.    Docket or index number

4.    Name of Judge assigned to your case

5.    Approximate date of filing lawsuit

6.    Is the case still pending?

      ☒ Yes

      ☐ No                    See → continuation of cited pg 10-A

      If no, give the approximate date of disposition

7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

      See → continuation of cited cases pg. 10-n

Continuation of cited cases

Murzike V. Putney, et al Case #3:23-cv-638-mmh-mcr still pending Jax. middle Dist.

Murzike V. Turner, et al Case # 3:23-cv-01125-BJD-JBT still pending Jax. middle Dist.

Murzike, V, Green etc, Case # 3:23-cv-674-BJV-PDB still pending Jax. middle Dist.

Murzike V. D. Allen etc Case # 3:23-cv-630-mmh-lcc still pending Jax. middle Dist.

Murzike v. Williams etc Case # 3:23-cv-00099-BJD-PDB still pending Jax. middle dist.

Murzike V. Goswell, etc Case # 3:23-cv-01118-WWB-JBT still pending middle dist.

Murzike V. Dugarrow, etc Case # 3:23-cv-01164-HLA-PDB still pending middle Dist.

Murzike v. Ricky D. Dixon Secretary f.d.o.c. Case # 2022-ca-386 Case #192023-B-188 writ of mandamus challenging dpp

(10)-A

## IX.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:  1- 31 - 24

| | |
|---|---|
| Signature of Plaintiff | James T. muzike |
| Printed Name of Plaintiff | James T. muzzike |
| Prison Identification # | B 07713 |
| Prison Address | Florida State prison P.O Box 800 |
| | Raiford        Fla,        32083 |
| | City        State        Zip Code |

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

City        State        Zip Code

Telephone Number

E-mail Address

CLATIFICATE OF SERVICE
CONTINUE PG. (11-A)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING 1983 COMPLAINT & TRUST FUND ACCOUNT HAS BEEN PLACE IN PRISON OFFICIAL HANDS & FURNISHED TO THE LOWER LISTED PARTIES ON THIS 31ST DAY OF JAN. 2024

## PARTIES TO PROCEEDING

TO: U.S. DISTRICT COURT

300 N. HOGAN ST. SUITE 9-150
JACKSONVILLE, FLA. 32202

RESPECTFULLY SUBMITTED
/S/ James T. murzike
JAMES T. MURZIKE
# L07713
FLORIDA STATE PRISON
P.O. BOX 1000
RAIFORD, FLA. 32083
PRO SE,

1-31-24
DATE

(11-A)